```
                              FILED
                           NOV 27 2007
                    CLERK, U.S. DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
                  BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>            )<br>        Plaintiff, )<br>            )<br>    v.      )<br>            )<br>ROBBYN LESLIE HORNE (1),  )<br>ANOTNIO CATARINO   )<br>  FIGUEROA-MARTINEZ (2), )<br>            )<br>        Defendants. )<br>_____) | Criminal Case No. 07cr3147-JLS<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony); Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (Felony); Title 18, U.S.C., Sec. 2 - Aiding and Abetting (Felony) |

The United States Attorney charges:

Count 1

On or about October 17, 2007, within the Southern District of California, defendants ROBBYN LESLIE HORNE and ANOTNIO CATARINO FIGUEROA-MARTINEZ, did knowingly and intentionally import approximately 5.68 kilograms (12.5 pounds) of Cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

//

//

//

JJO:jam:San Diego
11/13/07

<u>Count 2</u>

On or about October 17, 2007, within the Southern District of California, defendants ROBBYN LESLIE HORNE and ANOTNIO CATARINO FIGUEROA-MARTINEZ, did knowingly and intentionally import approximately 9.71 kilograms (21.38 pounds) of Methamphetamine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960 and Title 18, United States Code, Section 2.

DATED: November 20, 2007

KAREN P. HEWITT
United States Attorney

*/s/ Charlotte E. Kaiser*

JOSEPH J.M. ORABONA
Assistant U.S. Attorney