```
KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant United States Attorney
California State Bar No. 250781
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
Facsimile:  (619) 235-2757
Email: fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07 CR 3147 JLS |
| Plaintiff, | |
| | **NOTICE OF APPEARANCE** |
| v. | |
| ROBBYN LESLIE HORNE (1) et al, | |
| Defendant. | |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case.  I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive <u>all</u> Notices of Electronic Filings relating to activity in this case:

Name

Fred Sheppard

1  Effective this date, <u>the following attorneys are no longer associated with this case</u> and should
2  <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic
3  "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this
4  association):

5  <u>Name</u>

6  **Charlotte E Kaiser**
   U S Attorney's Office
7  880 Front Street
   Room 6293
8  San Diego, CA 92101
   (619)557-7031
9  Fax: (619)235-2757
   Email: Charlotte.Kaiser@usdoj.gov
10

11
   Please call me at the above-listed number if you have any questions about this notice.
12 DATED: February 7, 2008
                                          Respectfully submitted,
13
                                          KAREN P. HEWITT
14                                        United States Attorney

15                                        /s/ *Fred Sheppard*

16                                        Fred Sheppard
                                          Assistant United States Attorney
17

Notice of Appearance
United States v. Robbyn Leslie Horne (1) et al.2                           07cr 3147 JLS

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | SOUTHERN DISTRICT OF CALIFORNIA | |

UNITED STATES OF AMERICA,  )   Case No. 07 CR 3147 JLS
        Plaintiff,  )
        v.  )
        )   **CERTIFICATE OF SERVICE**
ROBBYN LESLIE HORNE (1) et al,  )
        Defendant.  )

IT IS HEREBY CERTIFIED THAT:

    I, Fred Sheppard, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

    I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 7, 2008, and this Certificate of Service, dated February 7, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Gerrard Wasson**
*Attorney for Defendant Robbyn Leslie Horne*

**Shaffy Morel**
*Attorney for Defendant Antonio Catarino Figueroa-Martinez*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 7, 2008.

        /s/ *Fred Sheppard*
        Fred Sheppard

Notice of Appearance
United States v. Robbyn Leslie Horne (1) et al.3        07cr 3147 JLS

Assistant United States Attorney

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | Notice of Appearance<br>United States v. Robbyn Leslie Horne (1) et al.4                    07cr 3147 JLS |