**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>ROBBYN LESLIE HORNE (01),<br><br>          Defendant. | Criminal No. 07CR3147-JLS<br><br><br>**ORDER TO CONTINUE**<br>**SENTENCING  HEARING DATE** |

GOOD  CAUSE  HAVING  BEEN  SHOWN,  IT  IS  HEREBY  ORDERED  that  the sentencing hearing now set for March 7, 2008, at 9:00 a.m. be re-calendared to May 30, 2008, at 9:00 a.m.

      **SO ORDERED.**

DATED:  February 28, 2008

*Janis L. Sammartino*
Honorable Janis L. Sammartino
United States District Judge