GERARD J. WASSON
Attorney at Law
California Bar No. 166636
405 Ninth Avenue, Suite 205
San Diego, California 92101
Telephone: (619) 232-0181
Facsimile: (619) 232-2326

Attorney for Defendant Robbyn Leslie Horne

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3147-JLS |
| Plaintiff, ) | |
| v. ) | JOINT MOTION TO CONTINUE |
| ROBBYN LESLIE HORNE, ) | SENTENCING HEARING |
| Defendant. ) | |

IT IS HEREBY REQUESTED by the defendant Robbyn Leslie Horne, by and through her counsel, Gerard J. Wasson, and the United States Attorney's Office, by and through Assistant United States Attorney Fred Sheppard, that the sentencing hearing in the above entitled case, scheduled for May 30, 2008, at 9:00 a.m., be continued until September 19, 2008, at 9:00 a.m. The Court's courtroom deputy provided Counsel with the new sentencing date, which is agreeable to the parties. A proposed order with respect to this joint motion is being submitted directly to the court.

Date: May 15, 2008          s/Fred Sheppard
                            FRED SHEPPARD
                            Assistant United States Attorney

Date: May 15, 2008          s/Gerard J. Wasson
                            GERARD J. WASSON
                            Attorney for Robbyn Leslie Horne

1  GERARD J. WASSON
   Attorney at Law
2  California Bar No. 166636
   405 Ninth Avenue, Suite 205
3  San Diego, California 92101
   Telephone: (619) 232-0181
4  Facsimile: (619) 232-2326

5  Attorney for Defendant Horne

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Crim. No. 07CR3147-JLS |
| Plaintiff, ) | |
| v. ) | CERTIFICATE OF SERVICE |
| ROBBYN LESLIE HORNE, ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, GERARD J. WASSON, am a citizen of the United States and am at least eighteen years of age. My business address is 405 Ninth Avenue, Suite 205, San Diego, California, 92101.

I am not a party to the above-entitled action. I have caused service of the Joint Motion to Continue Sentencing Hearing on the following parties by electronically filing the foregoing with the clerk of the District Court using its ECF System, which electronically notifies them.

Assistant United States Attorney fred.sheppard@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 15, 2008.

/s/   Gerard J. Wasson
GERARD J. WASSON

2