**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 07CR3147-JLS |
| Plaintiff, ) | |
| v. ) | **ORDER TO CONTINUE** |
| ) | **SENTENCING HEARING DATE** |
| ROBBYN LESLIE HORNE (01), ) | |
| Defendant. ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the sentencing hearing now set for May 30, 2008, at 9:00 a.m. be re-calendared to September 19, 2008, at 9:00 a.m.

**SO ORDERED.**

DATED: May 19, 2008

_____
Honorable Janis L. Sammartino
United States District Judge